| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Socrates Moises Vargas |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | 25-10413 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice    08/16/2025

**Last 4 digits** of any number you use to identify the debtor's account: 9800

**New total payment:**
Principal, interest, and escrow, if any    $ 859.28

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate: _____ %    New interest rate: _____ %
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: CHANGE IN PRINCIPAL - NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

   _____

   Current mortgage payment: $ 837.31    New mortgage payment: $ 859.28

Official Form 410S1     Notice of Mortgage Payment Change     page 1

Debtor 1  Socrates Moises Vargas          Case number (if known) 25-10413          page 2
         First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Elliott Myers                                   Date 07/22/2025
   Signature

Print:    Elliott Myers                               Title  Assistant Vice President

Company:  Bank of America

Address:  4161 Piedmont Parkway
          Number          Street

          Greensboro, NC  27410
          City                State        ZIP Code

Contact phone  (335) 854-7622                         Email  elliott.myers@BofA.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA ( SANTA ROSA DIVISION)

Chapter: 13  No. 25-10413

In re:  Judge: DENNIS MONTALI

Socrates Moises Vargas

Debtor(s).

# CERTIFICATE OF SERVICE

I hereby certify that on 07/22/2025, I caused to be served a copy of this Notice and all attachments on the following by U.S. Mail, postage pre-paid, or via filing with the U.S. Bankruptcy Court's CM ECF system.

Debtor: Socrates Moises Vargas
18789 Jami Lee Ln
Sonoma, CA 95476-4513

Debtor's Attorney: EVAN LIVINGSTONE
2585 Sebastopol Rd Unit 7265
Santa Rosa, CA 95407-4613

Trustee: DAVID BURCHARD
PO Box 8059
Foster City, CA 94404-8059

/s/ Larry Yip

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
larry.yip@lciinc.com