**Fill in this information to identify the case:**

Debtor 1   Socrates Moises Vargas

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number   25-10413

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice    09/16/2025

**Last 4 digits** of any number you use to identify the debtor's account:   9800

**New total payment:**
Principal, interest, and escrow, if any    $ 859.18

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____    New escrow payment:  $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: CHANGE IN PRINCIPAL

   Current mortgage payment: $ 859.28    New mortgage payment: $ 859.18

Official Form 410S1    Notice of Mortgage Payment Change    page 1

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Leah R. Turner Date 08/20/2025
Signature

Print: Leah R. Turner Title Assistant VIce President

Company: Bank of America

Address: 4161 Piedmont Parkway
Number Street

Greensboro, NC  27410
City State ZIP Code

Contact phone (336) 854-4658 Email leah.r.turner@BofA.com

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA ( SANTA ROSA DIVISION)

Chapter: 13   No. 25-10413

In re:  
Judge:   DENNIS MONTALI

Socrates Moises Vargas

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 08/20/2025, I caused to be served a copy of this Notice and all attachments on the following by U.S. Mail, postage pre-paid, or via filing with the U.S. Bankruptcy Court's CM ECF system.

Debtor: Socrates Moises Vargas  
18789 Jami Lee Ln  
Sonoma, CA 95476-4513

Debtor's Attorney: EVAN LIVINGSTONE  
2585 Sebastopol Rd Ste Unit  
Santa Rosa, CA 95407-4600

Trustee: DAVID BURCHARD  
PO Box 8059  
Foster City, CA 94404-8059

/s/ Larry Yip

LCI  
(as Authorized Agent for Bank of America N.A.)  
111 Anza Blvd Suite 310  
Burlingame, CA 94010  
650.342.9486 (x250)  
larry.yip@lciinc.com