

Signed and Filed: March 3, 2026

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Fanny Wan, SBN 277606
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
BK.CA@mccalla.com

Attorney for Movant
Freedom Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Socrates Moises Vargas<br><br>                      Debtor. | Case No.: 25-10413-DM<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION REGARDING PLAN TREATMENT AND PROOF OF CLAIM**<br><br>(no hearing requested)<br><br>Honorable Dennis Motali |

    Pursuant to the Stipulation Regarding Plan Treatment and Proof of Claim (the "Stipulation") filed on March 2, 2026 as docket entry number 28 and, GOOD CAUSE APPEARING, the Stipulation is hereby approved and made an Order of the Court.

**END OF ORDER**

ORDER FOR ADEQUATE PROTECTION     1
RE: MOTION FOR RELIEF FROM AUTOMATIC STAY

<u>Court Service List</u>

None